AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bryant, John S. | Middle District of Tennessee | 10/11/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (full-time) | ☐ Nomination Date ☐ Initial ☐ Annual ☑ Final <br> 5b. ☐ Amended Report | 01/01/2016 to 08/31/2016 |

**7. Chambers or Office Address**

797 U.S. Courthouse
801 Broadway
Nashville, TN 37203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Board Member | Middle Tennessee Council, Boy Scouts of America |
| 2. | Co-trustee | Trust #1 |
| 3. | Co-trustee | Trust #2 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 10/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank accounts (aggregated) | A | Interest | N | T | | | | | |
| 2. Northwestern Mutual Life Ins. policies (aggregated) | | None | N | T | | | | | |
| 3. Metropolitan Life Flexible Premium Life Insurance | | None | L | T | | | | | |
| 4. Brokerage account #1 | | | | | | | | | |
| 5. -- American Funds Gp: Capital Income Builder Fund | B | Dividend | K | T | | | | | |
| 6. -- American Funds Gp: Growth Fund of America | B | Dividend | K | T | | | | | |
| 7. -- American Funds Gp: Small Cap World Fund | B | Dividend | K | T | | | | | |
| 8. -- American Funds Gp: Washington Mutual Fund | B | Dividend | K | T | | | | | |
| 9. Berkshire Hathaway, Inc. class B common | | None | L | T | | | | | |
| 10. Wells Fargo & Co. common | A | Dividend | J | T | | | | | |
| 11. Janus Research Fund (IRA) | A | Dividend | M | T | | | | | |
| 12. Vanguard Prime Money Market Fund | A | Dividend | K | T | | | | | |
| 13. Brokerage account #2 (Roll-over IRA) | | | | | | | | | |
| 14. --Accenture Ltd common | B | Dividend | M | T | | | | | |
| 15. -- Alphabet Inc. Class C common | | None | L | T | | | | | |
| 16. -- Amazon.com common | | None | L | T | | | | | |
| 17. -- Amgen, Inc. common | | | L | T | Buy | 07/06/16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Apache Corp. common | A | Dividend | L | T | | | | | |
| 19. -- Berkshire Hathaway, Inc. class B common | | None | M | T | | | | | |
| 20. -- Apple Computer common | B | Dividend | M | T | | | | | |
| 21. -- AT&T, Inc. common | B | Dividend | K | T | | | | | |
| 22. -- Brookdale Sr. Living, Inc. | | None | K | T | | | | | |
| 23. --Caterpillar, Inc. common | B | Dividend | K | T | Sold (part) | 01/28/16 | J | A | |
| 24. -- Celgene Corp. common | | None | K | T | | | | | |
| 25. --Cisco Systems, Inc. common | B | Dividend | L | T | | | | | |
| 26. -- Comcast Corp. Special Class A common | A | Dividend | L | T | | | | | |
| 27. -- Corrections Corp. of America common | C | Dividend | L | T | Buy (add'l) | 07/06/16 | K | | |
| 28. -- Delta Airlines Inc. common | A | Dividend | K | T | | | | | |
| 29. -- Walt Disney Co. common | B | Dividend | M | T | | | | | |
| 30. -- Duke Energy Corp. common | B | Dividend | L | T | | | | | |
| 31. --Exxon Mobil Corp. common | B | Dividend | L | T | | | | | |
| 32. --General Electric Co. common | B | Dividend | K | T | | | | | |
| 33. -- HCA Holdings, Inc. common | | None | M | T | | | | | |
| 34. -- HCP, Inc. common | C | Dividend | L | T | Sold (part) | 03/11/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -- Home Depot, Inc. common | B | Dividend | M | T | | | | | |
| 36.  -- Intel Corp. common | B | Dividend | M | T | | | | | |
| 37.  -- Johnson & Johnson common | B | Dividend | M | T | | | | | |
| 38.  -- KKR & Co. LP common | A | Dividend | | | Sold | 05/24/16 | K | A | |
| 39.  -- Kraft Heinz Co. common | A | Dividend | L | T | Buy | 04/21/16 | L | | |
| 40.  -- Level 3 Communications common | | None | L | T | | | | | |
| 41.  -- Merck & Co. common | B | Dividend | L | T | | | | | |
| 42.  -- Microsoft, Inc. common | B | Dividend | M | T | | | | | |
| 43.  -- Mondelez International, Inc. common | A | Dividend | L | T | Buy (add'l) | 08/01/16 | K | | |
| 44.  -- Philip Morris International, Inc. common | C | Dividend | L | T | | | | | |
| 45.  -- Procter & Gamble Co. common | B | Dividend | L | T | | | | | |
| 46.  -- Republic Services, Inc. common | B | Dividend | L | T | | | | | |
| 47.  -- Royal Dutch Shell class A common | B | Dividend | K | T | | | | | |
| 48.  -- Schlumberger Ltd. common | C | Dividend | M | T | | | | | |
| 49.  -- Southwest Airlines Co. common | A | Dividend | L | T | Buy (add'l) | 06/03/16 | K | | |
| 50.  --Sysco Corp. common | B | Dividend | L | T | | | | | |
| 51.  -- Twenty-first Century Fox, Inc. class B common | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- United Parcel Service, Inc. class B common | B | Dividend | L | T | | | | | |
| 53. -- United Technologies Corp. common | B | Dividend | M | T | | | | | |
| 54. -- Verizon Communications common | B | Dividend | K | T | | | | | |
| 55. -- Vodaphone Group PLC ADS common | B | Dividend | K | T | Sold (part) | 03/11/16 | J | A | |
| 56. -- Wal-Mart Stores, Inc. common | B | Dividend | L | T | Sold (part) | 08/05/16 | J | D | |
| 57. -- Wells Fargo & Co. common | | None | L | T | Buy | 08/18/16 | K | | |
| 58. -- Zoetis, Inc. | A | Dividend | L | T | | | | | |
| 59. -- ADT Corp. Notes -- NonCall 2.250% due 7-15-17 | A | Int./Div. | | | Sold | 05/02/16 | K | B | |
| 60. -- ADT Corp. Sr. Notes 6.250% due 10-15-21 | A | Int./Div. | L | T | Buy | 05/04/16 | L | | |
| 61. -- Brookdale Sr. Living Sr. Conv. Notes 2.75% due 6/15/18 | A | Int./Div. | K | T | | | | | |
| 62. -- Goldman Sachs Group, Inc. Notes due 8-15-17 | B | Int./Div. | K | T | | | | | |
| 63. --Burlington Northern Corp. Sr. Notes (Berkshire Hathaway) | A | Int./Div. | K | T | | | | | |
| 64. -- Chesapeake Energy Corp. Sr. Notes 3.570% due 4-15-19 | A | Int./Div. | K | T | | | | | |
| 65. -- Computer Sciences Corp. Sr. Notes 6.5% Due 3-15-18 | A | Int./Div. | | | Sold | 03/17/16 | K | B | |
| 66. -- HanesBrands, Inc. Sr. Notes -- Callable 12/15/15 | B | Int./Div. | | | Sold | 06/02/16 | L | A | |
| 67. -- Icahn Enterprises LP/Corp. Sr. Notes callable 2-1-17 | C | Int./Div. | K | T | | | | | |
| 68. -- Icahn Enterprises LP/Corp. Sr. Notes callable 7/15/16 | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Metro Nashville Airport Authority Bonds | B | Int./Div. | K | T | | | | | |
| 70. -- United Rentals Inc. Sr. Notes callable 5/15/16 @ 103.688 | B | Int./Div. | | | Sold (part) | 05/30/16 | K | A | |
| 71. -- same as above | | | | | Sold | 08/19/16 | J | A | |
| 72. -- J.P. Morgan Callable Yield Notes due 11/3/16 | B | Int./Div. | K | T | | | | | |
| 73. -- Schwab Advisor Cash Reserves -- Premier | A | Dividend | L | T | | | | | |
| 74. Manulife Financial Corp. Common Stock | A | Dividend | K | T | | | | | |
| 75. Trust # 1 | | | | | | | | | |
| 76. -- Accenture Ltd. common | A | Dividend | K | T | Sold (part) | 03/29/16 | J | C | |
| 77. -- Apache Corp. common | A | Dividend | | | Sold | 03/08/16 | J | A | |
| 78. -- Apple Computer common | A | Dividend | K | T | | | | | |
| 79. -- Berkshire Hathaway Inc. Class B | | None | K | T | | | | | |
| 80. -- Brookdale Sr. Living, Inc. common | | None | K | T | | | | | |
| 81. -- Caterpillar, Inc. common | A | Dividend | K | T | | | | | |
| 82. -- Coca Cola Co. common | A | Dividend | K | T | | | | | |
| 83. -- Corrections Corp. of America common | A | Dividend | J | T | | | | | |
| 84. -- Duke Energy Corp. common | A | Dividend | K | T | | | | | |
| 85. -- Exxon Mobil Corp. common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- General Electric Co. common | A | Dividend | K | T | | | | | |
| 87. --HCA Holdings, Inc. common | | None | K | T | | | | | |
| 88. -- HCP Inc. common | A | Dividend | K | T | Sold (part) | 03/01/16 | J | A | |
| 89. -- Intel corp. common | A | Dividend | K | T | | | | | |
| 90. -- Johnson & Johnson common | B | Dividend | K | T | | | | | |
| 91. -- Kraft Heinz Co. common | A | Dividend | K | T | | | | | |
| 92. -- Level 3 Communications common | | None | K | T | | | | | |
| 93. -- Lowes Companies common | A | Dividend | K | T | | | | | |
| 94. -- Microsoft Corp. common | A | Dividend | K | T | | | | | |
| 95. -- Mondelez International, Inc. common | | None | J | T | Buy | 08/01/16 | J | | |
| 96. -- Philip Morris International, Inc. common | B | Dividend | K | T | | | | | |
| 97. -- Roche Holdings common | A | Dividend | K | T | | | | | |
| 98. -- Schlumberger Ltd. common | A | Dividend | K | T | | | | | |
| 99. -- Southwest Airlines Co. common | A | Dividend | J | T | Buy | 01/19/16 | K | | |
| 100. -- United Parcel Service, Inc. class B common | A | Dividend | K | T | | | | | |
| 101. -- United Technologies Corp. common | A | Dividend | K | T | | | | | |
| 102. -- Verizon Communications common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Walt Disney Co. common | A | Dividend | K | T | | | | | |
| 104. -- Wells Fargo & Co. common | C | Dividend | N | T | | | | | |
| 105. -- Schwab Advisor Cash Reserves -- Sweep | A | Int./Div. | K | T | | | | | |
| 106. Trust #2 | | | | | | | | | |
| 107. -- Bank of America Corp. common | | None | L | T | Buy | 08/18/16 | L | | |
| 108. -- Brunswick Corp. common | | None | J | T | Buy | 08/18/16 | J | | |
| 109. -- Exxon Mobil Corp. common | | None | K | T | Buy | 07/21/16 | K | | |
| 110. -- Walt Disney Co. common | | None | K | T | Buy | 07/21/16 | K | | |
| 111. -- Wells Fargo & Co. common | | None | N | T | Buy | 07/21/16 | N | | |
| 112. -- Aegon N.V. Perpetual Capital (Pfd) Securities | | None | J | T | Buy | 08/02/16 | J | | |
| 113. -- Raymond James Financial Sr. Preferred Note | | None | K | T | Buy | 08/02/16 | K | | |
| 114. -- American Europacific Growth Fund | | None | J | T | Buy | 07/21/16 | J | | |
| 115. -- Capital World Growth Fund | | None | J | T | Buy | 07/21/16 | J | | |
| 116. -- Hardin Cnty TN Emerg. Communication Dist. Bond -- callable 6/01/20 | | None | K | T | Buy | 08/02/16 | K | | |
| 117. -- Johnson City TN G.O. Ref. Bonds -- callable06/01/19 | | None | K | T | Buy | 08/02/16 | K | | |
| 118. -- Kingsport TN G.O. School Pub. Impt. Bonds callable1/1/17 | | None | K | T | Buy | 08/02/16 | K | | |
| 119. -- Knox Cnty. TN Health Edl & Hs Rev. Bonds -- callable 4/1/17 | | None | J | T | Buy | 08/02/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- Maryville TN. G.O. Ref. Bonds -- callable 6/1/18 | | None | J | T | Buy | 08/02/16 | J | | |
| 121. --Metro Govt. Nashville & Davidson Cnty Elec. Rev. Bonds-- c 5/15/21 | | None | K | T | Buy | 08/02/16 | K | | |
| 122. -- zPigeon Forge TN G.O. Ref. Bonds -- callable 6/1/18 | | None | K | T | Buy | 08/02/16 | K | | |
| 123. -- Shelby Cnty TN Health Edl & Hsg -- callable 5/1/22 | | None | K | T | Buy | 08/02/16 | K | | |
| 124. -- Stewart Cnty TN G.O. Pub. Imp. Bonds -- callable 4/1/22 | | None | J | T | Buy | 08/02/16 | J | | |
| 125. -- THDA Homeownership Program Bonds -- callable 1/1/17 @ 100 | | None | J | T | Buy | 08/02/16 | J | | |
| 126. -- THDA Homeownership Program Bonds -- callable 1/1/21 @ 100 | | None | J | T | Buy | 08/02/16 | J | | |
| 127. -- FHLMC Pool #555356 9.000% due 7/1/36 | | None | J | T | Buy | 07/21/16 | J | | |
| 128. -- Chas. Schwab Principal Cash Acc't | | None | M | T | Buy | 08/02/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, John S. | 10/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, lines 106-28. Trust #2 is a testamentary family trust created in my father's will. I serve as a co-trustee along with my sisters. The acquisition dates listed in column D(2) are the dates of transfers from my father's estate to the trust. No consideration was paid for these transfers, and the value codes listed in column D(3) represent the market values of the assets upon transfer to the trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **John S. Bryant**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544